# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MATTHEW MCCORMICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09-CV-140 CAS |
| ) | |
| ROBERT JOHNSTON, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is plaintiff's motion for leave to amend his complaint. [Doc. 44] As defendants did not oppose the motion, and leave to amend should be freely given, the Court will grant plaintiff's motion. Fed. R. Civ. P. 15

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to amend his complaint is **GRANTED.** [Doc. 44]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall detach and docket plaintiff's First Amended Complaint, which was submitted as an attachment to the motion for leave. Defendants shall file their answers or otherwise respond to the First Amended Complaint within the time permitted by the Federal Rules.

**IT IS FURTHER ORDERED** that the motion to dismiss for failure to state a claim filed by defendant The Catholic Archdiocese of St. Louis is **DENIED** as moot. [Doc. 39]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   13th   day of April, 2009.